IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

PAULA L. MASTRO,

        Plaintiff,

   v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

No. 3:12-cv-134-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, plaintiff objects to the Findings and Recommendation, so I have reviewed this matter de novo. I agree with Magistrate Judge Clarke that the ALJ's findings are supported by substantial evidence. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

### CONCLUSION

The Findings and Recommendation (#21) is adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this 6 day of May, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER